June 13, 2013



# JUDGMENT

## The Fourteenth Court of Appeals

SAN JACINTO METHODIST HOSPITAL, Appellant

NO. 14-12-00682-CV                    V.

AARON MCCOY, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Aaron McCoy, signed July 18, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, San Jacinto Methodist Hospital, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.